No. 2884.—El Pueblo, apldo., *v.* Rosa, aplte.—C. D. Humacao. Portar armas. Jul. 29, 1926. El apelante sólo discute la apreciación de la prueba que hizo el juez inferior, y apareciendo que no se ha elevado una exposición del caso o

transcripción de la evidencia, no habiendo base para considerar las cuestiones levantadas, y no apareciendo que se haya cometido error fundamental alguno, se confirma la sentencia apelada.